UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DEAL, PAUL DAVID | ) | BANKRUPTCY CASE 10-14451 |
| DEAL, CARLA MAE | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #2 | American Infosource LP<br>P.O. Box 248872<br>Oklahoma City, OK 73124-8872 | $2.01 |
| Claim #16 | PYOD LLC<br>c/o Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602 | 4.32 |
| Claim #20 | PYOD LLC<br>c/o Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602 | 4.20 |
| Claim #22 | Huntington County Treasurer<br>201 N Jefferson St<br>Huntington, IN 46750 | <u>4.64</u> |

Total:     $15.17

Respectfully submitted,

<u>/s/ Dustin M. Roach, Chapter 7 Panel Trustee     </u>
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 6th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at [USTPRegion10.SO.ECF@usdoj.gov,](mailto:USTPRegion10.SO.ECF@usdoj.gov) Ryan Painter, Esquire, P.O. Box 126, Huntington, IN 46750, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                                                             ____/s/ Dustin M. Roach_____  
                                                                             Dustin M. Roach